# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

————————————————————

No. 1D19-1037

————————————————————

WALTER JAMES MORRIS JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

————————————————————

On appeal from the Circuit Court for Duval County.
Mark Borello, Judge.

October 10, 2019

PER CURIAM.

AFFIRMED.

B.L. THOMAS, MAKAR, and JAY, JJ., concur.

————————————————————

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

————————————————————

Walter James Morris Jr., pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.